CA 06-167 ML

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form DC 12, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the clerk of the United States District Court whose address is

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District RHODE ISLAND | |
|---|---|---|
| Name of Movant REYNALDO RODRIGUEZ | Prisoner No. 05522-070 | Docket No. 04-104ML |
| Place of Confinement USP CANAAN PO BOX 300 WAYMART, PA. 18472 | | |

(include name upon which convicted)

UNITED STATES OF AMERICA V. REYNALDO RODRIGUEZ
(full name of movant)

MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

2. Date of judgment of conviction JUNE 15, 2005

3. Length of sentence 84 MONTHS

4. Nature of offense involved (all counts) TITLE 21 OF THE UNITED STATES CODE 841 (a) (1) and (b) (1) (b) and SECTION 846

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒X
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒XX No ☐

AO 243
REV 6/82

9. If you did appeal, answer the following:

(a) Name of court UNITED STATES DISTRICT COURT FOR THE FIRST CIR.

(b) Result DISMISSED BY ATTORNEY

(c) Date of result MARCH 23, 2006

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No XX

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ____

(2) Nature of proceeding ____

(3) Grounds raised ____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No XX

(5) Result ____

(6) Date of result ____

(b) As to any second petition, application or motion give the same information:

(1) Name of court ____

(2) Nature of proceeding ____

(3) Grounds raised ____

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No XX

(5) Result ______

(6) Date of result ______

(c) As to any third petition, application or motion, give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No XX

(5) Result ______

(6) Date of Result ______

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No XX
(2) Second petition, etc. Yes ☐ No ☐
(3) Third petition, etc. Yes ☐ No ☐

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

BECAUSE MOVANT'S ATTORNEY WITHDREW FROM CASE

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

AO 243
REV 6/82

D. Ground four:

Supporting FACTS (tell your story *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

MOVANT WAS NOT AWARE OF THE INEFFECTIVENESS OF COUNSEL UNTIL COUNSEL REMOVED HERSELF FROM DIRECT APPEAL

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒X

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing STEVEN D. DILIBERO
128 DORRANCE STREET, SUITE 200 Providence, RI 02903

(b) At arraignment and plea STEVEN D. DILIBERO

(c) At trial STEVEN D. DILIBERO

(d) At sentencing STEVEN D. DILIBERO

AO 243
REV 6/82

(e) On appeal ANGELA G. LEHMAN

P.O. BOX 1527 SOMERVILLE, MA. 02144

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒x

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒X

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

MARCH 30, 2006
(date)

Signature of Movant