UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

REYNALDO RODRIGUEZ

PETITIONER

UNITED STATES OF AMERICA,

RESPONDENT

I, REYNALDO RODRIGUEZ, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therfore, I state that because of my poverty I am unable to pay the costs or said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses that which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. **YOU MUST ANSWER THIS QUESTION EVEN IF ARE INCARCERATED.**

$19 A MONTH

2. If you are **NOT PRESENTLY EMPLOYED**, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. I F YOU HAVE NEVER BEEN EMPLOYED, SAY SO.**

N/A

3. Have you ever received, within the past twelve months, any money from any of the following sources?

| | | |
|---|---|---|
| A. Business, profession, or from self-employment? | **YES**___ | **NO** X |
| B. Rent payments, interest, or dividends? | **YES**___ | **NO** X |
| C. Pensions, annuities, or life insurance payments? | **YES**___ | **NO** X |
| D. Gifts or inheritances? | **YES**___ | **NO** X |
| E. Any form of public assistance? | **YES**___ | **NO** X |
| F. Any other sources? | **YES**___ | **NO** X |

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

4. Do you own any cash or do you have money in a checking or saving account?(Including any funds in prison accounts.)

**YES**___ **NO**_XX If the answer is yes, state the total value owned.

---

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property? (Including ordinary household furnishings and clothing.)

**YES**___ **NO**_XX If the answer is yes, describe the property and state its approximate value.

---

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

N/A

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

N/A

8. State any special financial circumstances which the court should consider in this application.

---

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of perjury.

I declare under the penalty of perjury that the forgoing is true and correct.

Dated: MARCH 30, 2006

Signature