UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

REYNALDO RODRIGUEZ

v. CA 06-167 ML

UNITED STATES OF AMERICA

## ORDER

Before the Court is Petitioner's Motion to proceed without prepayment of fees. The Motion is filed in connection with Petitioner's Motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. The Section 2255 Petition was filed in this Court on April 7, 2006. On March 29, 2006, Petitioner apparently filed a Motion with the Court of Appeals seeking to voluntarily dismiss his direct appeal. As of the date of this Order, Petitioner's appeal remains pending as the Court of Appeals has not ruled on Petitioner's Motion to Voluntarily Dismiss. His Petition pursuant to Section 2255 was therefore prematurely filed. For that reason, the instant Petition is dismissed without prejudice and may be refiled once the Court of Appeals has ruled on his Motion to voluntarily dismiss his direct appeal.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
April 13, 2006